```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

JASON A. BATES                                          PLAINTIFF

   v.                    Civil No. 09-5188

SHERIFF KEITH FERGUSON ET AL.                           DEFENDANTS

### O R D E R

Now on this 9th day of August, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 36) to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 36) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, defendants' **Motion for Summary Judgment (Doc. 26)** is hereby **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                  **/s/JIMM LARRY HENDREN**
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE